IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

CHRISTOPHER DAVID WIEST  CASE NO.: 2:16-MC-060
OHIO ATTY. REG. NO. 0077931  CHIEF JUDGE EDMUND A. SARGUS, JR.
RESPONDENT

## ORDER

It appearing to the Court that on May 12, 2017, an order was entered in this proceeding suspending respondent from the practice of law in this court for an interim period, and directing him to file an affidavit showing compliance, and a response having been filed with the Clerk of this Court;

Based upon respondent's affidavit filed May 17, 2017, the Court finds that the affidavit is in compliance with its previous order.

IT IS SO ORDERED.

_5-25-2017_
DATE

EDMUND A. SARGUS JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO